UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-469-KKM-NHA

18 U.S.C. § 933
(Conspiracy to Traffic in Firearms)

SERGIO TARANGO-DIAZ
  a/k/a "Piggy"
  a/k/a "Jr."
CRUZ ALVAREZ-DIAZ

SEP 25 2025 PM 1:21
FILED - USDC - FLMD - TPA

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Conspiracy to Traffic in Firearms)

At times material to this Indictment:

### OVERVIEW

1. From at least in or about June 2023, up to and including on or about the time of this Indictment, SERGIO TARANGO-DIAZ, a/k/a "Piggy," a/k/a "Jr.," and CRUZ ALVAREZ-DIAZ conspired with others known and unknown to the Grand Jury to obtain firearms and firearms accessories, including illegal machinegun conversion devices, which are defined as machineguns under Title 26, United States Code, Section 5845(b), in order to possess, sell and transfer firearms to other persons. It was known to TARANGO-DIAZ, ALVAREZ-DIAZ and others that firearms accessories, including machinegun conversion devices they sought to obtain, would be transported to them and received in violation of law. TARANGO-

DIAZ enlisted the aid of ALVAREZ-DIAZ and others known and unknown to the Grand Jury in his plan to cause to be transported and to receive machinegun conversion devices in the Middle District of Florida. During the course of and in furtherance of that conspiracy, TARANGO-DIAZ, ALVAREZ-Diaz and others arranged to transport and receive at least two machineguns, as defined under Title 26, United States Code, Section 5845(b).

## STATUTORY ALLEGATION

2.  From at least in or about June 2023, up to and including on or about the time of this Indictment, in the Middle District of Florida and elsewhere:

SERGIO TARANGO-DIAZ
a/k/a "Piggy"
a/k/a "Jr."
and
CRUZ ALVAREZ-DIAZ,

did knowingly conspire and agree with others known and unknown, to ship, transport, transfer, cause to be transported, and otherwise dispose of any firearm to another person, and to receive from another person any firearm, in or otherwise affecting interstate or foreign commerce, knowing and having reasonable cause to believe that the use, carrying, possession, and receipt of a firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and (a)(2).

All in violation of Title 18, United States Code, Section 933(a)(3).

## FORFEITURE

1.  The allegations contained in Count One are incorporated by reference

for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 924(d) and 934, and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 933, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense, and, pursuant to 18 U.S.C. § 934(a)(1)(A), any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation, and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, the following: machine gun conversion devices with "Glock" logo and skull emblem, all of which were seized on or about December 4, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
E. Jackson Boggs Jr.
Assistant United States Attorney

By: _____
Daniel Baeza
Assistant United States Attorney
Chief, Transnational Organized Crime Section

FORM OBD-34
September 25

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

**SERGIO TARANGO-DIAZ**
a/k/a "Piggy"
a/k/a "Jr."
**CRUZ ALVAREZ-DIAZ**

## INDICTMENT

Violations: 18 U.S.C. § 933

A true bill,

_____
Foreperson

Filed in open court this 25th day

of September 2025.

*Ashley Sanders*
_____
Clerk

Bail $ _____

GPO 863 525