UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 8:25-cr-00469-KKM-NHA

CRUZ ALVAREZ-DIAZ

_____/

## NOTICE REGARDING ENTRY OF A PLEA OF GUILTY

In the event Defendant decides at any time before trial to enter a plea of guilty, the United States Magistrate Judge is authorized by Middle District of Florida Local Rule 1.02 with the consent of Defendant, to conduct the proceedings required by Federal Rule of Criminal Procedure 11 incident to the making of a plea. If, after conducting such proceedings, the Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Federal Rule of Criminal Procedure 32. The assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation and, if the plea of guilty is accepted, will adjudicate guilty and schedule a sentencing hearing at which the district judge will decide whether to accept or reject any associated plea agreement and will determine and impose sentence.

### CONSENT

**I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the United States Magistrate Judge conducting the proceeding required by Federal Rule of Criminal Procedure 11 incident to the making of such plea. I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilty and impose sentence.**

Date: April 24, 2026

_Cruz Alvarez Diaz_

CRUZ ALVAREZ-DIAZ
Defendant
Copies furnished to:
Counsel of Record

Attorney for Defendant