UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:25-cr-469-KKM-NHA-2     DATE: August 13, 2026

HONORABLE KATHRYN K. MIZELLE     Courtroom 13B

**UNITED STATES OF AMERICA**

Emmett Boggs, Jr., AUSA

**v.**

**CRUZ ALVAREZ-DIAZ**     Ronald J. Marzullo, CJA

COURT REPORTER: Bill Jones     DEPUTY CLERK: Kelsey Fiddes

INTERPRETER: n/a     PROBATION: Johanna Perez

TIME: 10:09 a.m.-10:53 a.m.     TOTAL: 44 minutes

## EVIDENTIARY CRIMINAL MINUTES - SENTENCING

Court in session and counsel identified for the record. Homeland Security Ashley Autuori, the case agent, is seated at the government table.

Defendant sworn. Defendant pleaded guilty to Count One of the Indictment and has been adjudicated guilty of such offense.

Statements made by counsel.

Defense character letter exhibits given to the court and admitted.

Ava Diaz-Rodriguez, the defendant's mother, made a statement to the court.

Defendant chose to make a statement.

**Imprisonment: 30 DAYS. Defendant is entitled to credit for all time served while he has been in custody related to this case.**

**The defendant shall surrender to the United States Marshal for service of sentence at the institution designated by the Bureau of Prisons no later than noon on Friday, August 21, 2026.**

**Supervised Release: <u>THIRTY-SIX (36) MONTHS.</u>**

**Fine: <u>Waived.</u>**

**Special Assessment: <u>$100.00</u>,** to be paid immediately.

Mandatory and Standard Conditions of supervision apply.

Special Condition(s) of Supervision:

1. You shall submit to a search of your person, residence, place of business, any storage units under your control, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

Defendant advised of right to appeal and of right to counsel on appeal.

Court adjourned.