**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

                                            **Case No: 8:25-cr-469-KKM-NHA**

**v.**

**CRUZ ALVAREZ-DIAZ,**

**COURT'S EXHIBIT LIST***

| Exhibit Identifier | Description |
|---|---|
| 1 | Character Letter |
| 2 | Character Letter |

---

* These exhibits were provided by defense counsel at the sentencing hearing held on 8/13/2026 and made exhibits by the court for purposes of appeal.