8/10/2026

To The Honorable United States District Court Judge Kathryn Kimball Mizelle

Dear Judge Mizelle:

My name is Daniel Sammons, and I serve as an electrical instructor at Pasco High School and as the owner and coach of a Mixed Martial Arts (MMA) gym. In my daily work as a teacher and coach, I am in a constant position to observe the habits, behaviors, and character of young people. This professional experience allows me to recognize when an individual is truly committed to making positive life changes.

I first met Cruz Alvarez in 2023 at Pasco High School. Shortly after we met, he began training at my gym and eventually fought his first match after a period of rigorous physical and mental preparation. I was also fully aware that Cruz was charged with a crime in the summer of 2023.

When Cruz first joined my gym, he knew that my role was to be both a coach and a mentor. At that time, he was carrying heavy "life packages" and trauma from his past, but he expressed a sincere desire to change the direction of his life. Following the events of Summer 2023, I observed Cruz take the difficult but necessary step of distancing himself from certain family members and friends who acted as bad influences one month at a time. He consciously chose to surround himself with a support system that encouraged his goals of self-improvement. By January of 2024 Cruz closed off all of the influences and people around him that would tear him down or pull him back into bad habits.

Cruz today is a "night and day" difference from the person I first met. While the Cruz of early 2023 seemed weighed down by his circumstances, the person I see now has a clear sense of purpose and a desire to serve a higher calling. Cruz is confident in himself and still continues to keep out the bad influences of life. Cruz now surrounds himself with people and things that will only help him grow even more in a positive way. He has spent the last two years striving for self-improvement and has demonstrated a major act of appreciation and service through his dedication to training. Holding a higher sense of calling Cruz also strives to serve the military.

Currently, Cruz maintains a disciplined routine; he and I still meet regularly for intense cardio trail runs, which provide me with the opportunity to check in on his life and progress. Furthermore, he is actively preparing his body and mind for his goal of serving in the military, a path he believes will further his betterment.

I have personally witnessed the monumental strides Cruz has made under my mentorship over the past two years. Given the significant positive changes in his character and his commitment to a law-abiding future, I believe a sentence of community service or house arrest would be more appropriate than incarceration.

Thank you for your time and for considering my perspective on Cruz's character.

Sincerely,

*Daniel Sammons*

Daniel Sammons, 38831 Sparkman Rd. Dade City FL 33525, 352-613-2476, daniel.k.sammons@gmail.com