Cruz court letter.txt      ↓ Download      ☁ Save to OneDrive      ···

Ismael Alvarez Diaz
40214 river rd dade city, Fl 33525
08/09/2026

To The Honorable United States District Court Judge Kathryn Kimball
Mizelle, My name is Ismael Alvarez Diaz, and I am the brother of Cruz
Alvarez Diaz. I am writing this letter on behalf of my brother to share my
personal observations regarding the positive changes and improvements I
have seen in my brother over the past year.

Over the past year, Cruz has become more responsible, dependable, and
involved with our family. He regularly helps my mother and grandparents
with their work and business, and he has become someone our family can rely
on when assistance is needed.

As his brother, I have also seen a significant change in his willingness to
be there for others. He is someone I can turn to when I need help, support,
or simply someone to talk to. He has consistently shown up for me and our
family when we have needed him.

Cruz has also been making a sincere effort to improve his life and make
better choices. He has been working hard every day to change his ways and
has been attending AA meetings to receive guidance and support as he
continues working toward becoming a better person. His actions demonstrate
that he genuinely wants to improve himself and create a more stable and
positive future.

I am proud of the progress Cruz has made and the effort he continues to put
into becoming more responsible and dependable. I hope this letter provides
a clear understanding of the positive changes I have personally witnessed
in him over the past year.

Sincerely,
Ismael Alvarez Diaz
Brother of Cruz Alvarez Diaz